```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :
                                    :    ___ CR _____ (    )
                                    :
     -against-                      :         ORDER
                                    :
                                    :
                                    :
                                    :
         Defendant                  :
------------------------------------x
```

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

*Jed S. Rakoff, U.S.D.J.*
**United States District Judge**

Dated:  New York, New York